# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, B.T. PALMER, M.N. FULTON**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## BRANDON L. READ
## SERGEANT (E-5), U.S. MARINE CORPS

### NMCCA 201600137
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 15 January 2016.
**Military Judge**: LtCol E.A. Harvey, USMC.
**Convening Authority**: Commanding General, 1st Marine Division (Rein), Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: LtCol D.C. Young, USMC.
**For Appellant**: CDR Richard E.N. Federico, JAGC, USN.
**For Appellee**: Brian K. Keller, Esq.

### 9 August 2016

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court




R.H. TROIDL
Clerk of Court